| AO 10
Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT
FOR CALENDAR YEAR 2014 | Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)

HENDERSON, THELTON E. | 2. Court or Organization

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | 3. Date of Report

08/05/2015 |

| 4. Title (Article III judges indicate active or senior status;
magistrate judges indicate full- or part-time)

UNITED STATES DISTRICT JUDGE SENIOR STATUS | 5a. Report Type (check appropriate type)

☐ Nomination    Date
☐ Initial    ✓ Annual    ☐ Final

5b.    ☐ Amended Report | 6. Reporting Period

01/01/2014
to
12/31/2014 |

| 7. Chambers or Office Address

UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. DIRECTOR | STILES HALL, BERKELEY, CA |
| 2. DIRECTOR | EDWARD J MCFETRIDGE AMERICAN INN OF COURT, SAN FRANCISCO, CA |
| 3. DIRECTOR | HISTORICAL SOCIETY OF NORTHERN CALIFORNIA, SAN FRANCISCO, CA |
| 4. DIRECTOR | FIRST VOICE, SAN FRANCISCO, CA |
| 5. DIRECTOR | THELTON E HENDERSON CENTER FOR SOCIAL JUSTICE, BERKELEY, CA |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✓ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | STATE OF CALIFORNIA - SALARY |
| 2. 2014 | SAN JOSE STATE UNIVERSITY FOUNDATION - SALARY |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HENDERSON, THELTON E. | 08/05/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HENDERSON, THELTON E. | 08/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PROVIDENT CENTRAL CREDIT UNION | A | Interest | J | T | | | | | |
| 2. TRUST - UBS PACE MULTI: (H) | | | | | | | | | |
| 3. -PACE MONEY MARKET INVESTMENTS FUND | A | Dividend | J | T | Buy (add'l) | 01/21/14 | J | | |
| 4. -INVMT CO OF AMERICA | D | Dividend | K | T | Buy (add'l) | 01/16/14 | J | | |
| 5. -GROWTH FUND OF AMERICA | C | Dividend | K | T | Buy (add'l) | 01/16/14 | J | | |
| 6. -AMERICAN FUNDS EUROPACIFIC GROWTH FUND | B | Dividend | K | T | Buy (add'l) | 01/16/14 | J | | |
| 7. -DAVIS NEW YORK VENTURE FUND | C | Dividend | K | T | Buy (add'l) | 01/16/14 | J | | |
| 8. -OPPENHEIMER DEVELOPING MARKETS FUND | A | Dividend | J | T | | | | | |
| 9. -AMERICAN FUNDS CAPITAL WORLD BOND FUND | B | Dividend | K | T | | | | | |
| 10. -AMERICAN FUNDS BOND FUND OF AMERICA | C | Dividend | L | T | Sold (part) | 01/16/14 | J | | |
| 11. -FRANKLIN/TEMPLETON GLOBAL BOND FUND | D | Dividend | K | T | | | | | |
| 12. -IVY HIGH INCOME FUND | B | Dividend | K | T | Buy (add'l) | 01/16/14 | K | | |
| 13. -PIMCO REAL RETURN FUND | | | | | Sold | 01/17/14 | L | | |
| 14. -PIMCO TOTAL RETURN FUND | C | Dividend | L | T | Sold (part) | 01/16/14 | J | | |
| 15. -GATEWAY FUND | | | | | Sold | 01/17/14 | J | A | |
| 16. -BLACKROCK GLOBAL ALLOCATION FUND INC | B | Dividend | K | T | Buy (add'l) | 01/16/14 | J | | |
| 17. IRA - UBS PACE MULTI: (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HENDERSON, THELTON E. | 08/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | B (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | D (2) Date mm/dd/yy | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -PACE MONEY MARKET INVESTMENTS FUND | A | Dividend | J | T | Buy (add'l) | 01/21/14 | J | | |
| 19. -INVMT CO OF AMERICA | B | Dividend | J | T | Buy (add'l) | 01/17/14 | J | | |
| 20. -GROWTH FUND OF AMERICA | B | Dividend | J | T | Buy (add'l) | 01/17/14 | J | | |
| 21. -AMERICAN FUNDS EUROPACIFIC GROWTH FUND | A | Dividend | J | T | Buy (add'l) | 01/17/14 | J | | |
| 22. -DAVIS NEW YORK VENTURE FUND | B | Dividend | J | T | Buy (add'l) | 01/17/14 | J | | |
| 23. -OPPENHEIMER DEVELOPING MARKETS FUND | A | Dividend | J | T | | | | | |
| 24. -AMERICAN FUNDS CAPITAL WORLD BOND FUND | A | Dividend | K | T | Sold (part) | 01/16/14 | J | | |
| 25. -AMERICAN FUNDS BOND FUND OF AMERICA | B | Dividend | K | T | Sold (part) | 01/16/14 | J | | |
| 26. -FRANKLIN/TEMPLETON GLOBAL BOND FUND | B | Dividend | K | T | Sold (part) | 01/16/14 | J | A | |
| 27. -IVY HIGH INCOME FUND | A | Dividend | K | T | Buy (add'l) | 01/17/14 | J | | |
| 28. -PIMCO REAL RETURN FUND | | | | | Sold | 01/17/14 | K | | |
| 29. -PIMCO TOTAL RETURN FUND | B | Dividend | K | T | Sold (part) | 01/16/14 | J | | |
| 30. -GATEWAY FUND | | | | | Sold | 01/17/14 | J | A | |
| 31. -BLACKROCK GLOBAL ALLOCATION FUND INC | B | Dividend | J | T | Buy (add'l) | 01/17/14 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HENDERSON, THELTON E. | 08/05/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ THELTON E. HENDERSON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544